**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-14888-JPC |
| | § | |
| KATHERINE BRUSCATO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 05/19/2011, in Courtroom 619, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  04/14/2011          By:  /s/ David P. Leibowitz
                                        (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 10-14888-JPC
§
KATHERINE BRUSCATO §
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $8,109.15 |
| *and approved disbursements of* | $3,380.00 |
| *leaving a balance on hand of[1]:* | $4,729.15 |

Claims of secured creditors will be paid as follows: NONE

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $4,729.15 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,182.29 | $0.00 | $1,182.29 |
| David Leibowitz, Trustee Expenses | $67.10 | $0.00 | $67.10 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $1,249.39 |
| Remaining balance: | $3,479.76 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (10/1/2010)**

|  |  | Remaining balance: | $3,479.76 |
|---|---|---:|---:|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $3,479.76 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $30,349.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Discover Bank | $7,029.76 | $0.00 | $806.02 |
| 2 | Chase Bank USA,N.A. | $1,508.77 | $0.00 | $172.99 |
| 3 | Chase Bank USA, N.A. | $10,154.47 | $0.00 | $1,164.29 |
| 4 | Chase Bank USA, N.A. | $6,354.04 | $0.00 | $728.54 |
| 5 | American Express Centurion Bank | $5,302.03 | $0.00 | $607.92 |

|  | Total to be paid to timely general unsecured claims: | $3,479.76 |
|---|---:|---:|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST-Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-14888-JPC
Katherine Bruscato                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: ahamilton              Page 1 of 1          Date Rcvd: Apr 15, 2011
                               Form ID: pdf006              Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2011.
db         +Katherine Bruscato,   160 Concord Drive,   Melrose Park, IL 60160-2519
aty        +Jessica Bentz,   Bentz Law Firm, LLC,   19 S. LaSalle, 15th Floor,   Chicago, IL 60603-1413
tr         +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
15367160   +Alberto,   1232 SW Avens Street,   Port Saint Lucie, FL 34983-2506
15367161   +American Express,   c/o Becket and Lee LLP,   Po Box 3001,   Malvern, PA 19355-0701
15775018    American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
15367162   +Chase,   201 N. Walnut St//De1-1027,   Wilmington, DE 19801-2920
15677547    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15673987   +Chase Bank USA,N.A.,   c/o Creditors Bankruptcy Service,   P.O.Box 740933,
             Dallas, TX 75374-0933
15367165   +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
15367167   +Countrywide Home Lending,   Attention: Bankruptcy CA6-919-01-41,   Po Box 5170,
             Simi Valley, CA 93062-5170
15367170   +Edwin M. Fry, Jr., CPA,   Cleark of Circuit Court, St. Lucie,   250 NW County Club Drive,
             Port Saint Lucie, FL 34986-2408
15367171   +James J. McGlone, Jr.,   2582 SW Hinchman Street,   Port Saint Lucie, FL 34984-4913
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15367166   +E-mail/Text: administration@collectcorp.com Apr 15 2011 22:07:12   CollectCorp,
             PO Box 101928, Dept. 4947A,   Birmingham, AL 35210-6928
15580325    E-mail/PDF: mrdiscen@discoverfinancial.com Apr 16 2011 00:21:27   Discover Bank,
             Dfs Services LLC,   PO Box 3025,   New Albany, Ohio 43054-3025
15367169   +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 16 2011 00:11:27   Discover Fin,
             Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
15367172   +E-mail/PDF: cr-bankruptcy@kohls.com Apr 16 2011 00:10:29   Kohls/chase,
             N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15367164     Chase Bank USA, NA,   Attn: Michael Fine; 131 S. Dearborn,   St.; FL IL1-0169
15367163*   +Chase,   201 N. Walnut St//De1-1027,   Wilmington, DE 19801-2920
15367168*   +Countrywide Home Lending,   Attention: Bankruptcy CA6-919-01-41,   Po Box 5170,
             Simi Valley, CA 93062-5170
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 17, 2011**              **Signature:**    _Joseph Speetjens_