UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 10-14888-JPC
§
KATHERINE BRUSCATO §
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $288,588.00 | Assets Exempt: | $23,600.00 |
| Total Distributions to Claimants: | $3,479.76 | Claims Discharged Without Payment: | $53,845.82 |
| Total Expenses of Administration: | $1,249.96 | | |

3) Total gross receipts of $8,109.72 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $3,380.00 (see **Exhibit 2),** yielded net receipts of $4,729.72 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $358,934.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,249.96 | $1,249.96 | $1,249.96 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $57,423.51 | $30,349.07 | $30,349.07 | $3,479.76 |
| **Total Disbursements** | $416,357.51 | $31,599.03 | $31,599.03 | $4,729.72 |

4). This case was originally filed under chapter 7 on 04/05/2010. The case was pending for 25 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/14/2012        By:    /s/ David P. Leibowitz
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Tax Refund | 1124-000 | $8,108.05 |
| Interest Earned | 1270-000 | $1.67 |
| **TOTAL GROSS RECEIPTS** | | $8,109.72 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Katherine Bruscato | Exemptions | 8100-002 | $3,380.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $3,380.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Countrywide Home Lending | 4110-000 | $218,084.00 | NA | $0.00 | $0.00 |
| | Countrywide Home Lending | 4110-000 | $140,850.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $358,934.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,182.29 | $1,182.29 | $1,182.29 |
| David Leibowitz, Trustee | 2200-000 | NA | $67.10 | $67.10 | $67.10 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $0.57 | $0.57 | $0.57 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,249.96 | $1,249.96 | $1,249.96 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $7,129.00 | $7,029.76 | $7,029.76 | $806.02 |
| 2 | Chase Bank USA,N.A. | 7100-900 | $1,508.00 | $1,508.77 | $1,508.77 | $172.99 |
| 3 | Chase Bank USA, N.A. | 7100-900 | $10,154.00 | $10,154.47 | $10,154.47 | $1,164.29 |
| 4 | Chase Bank USA, N.A. | 7100-900 | $6,354.00 | $6,354.04 | $6,354.04 | $728.54 |
| 5 | American Express Centurion Bank | 7100-900 | $5,302.00 | $5,302.03 | $5,302.03 | $607.92 |
|  | Chase Bank USA, NA | 7100-000 | $19,604.51 | NA | NA | $0.00 |
|  | Citi | 7100-000 | $5,942.00 | NA | NA | $0.00 |
|  | Edwin M. Fry, Jr., CPA | 7100-000 | $215.00 | NA | NA | $0.00 |
|  | James J. McGlone, Jr. | 7100-000 | $1,215.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $57,423.51 | $30,349.07 | $30,349.07 | $3,479.76 |

**UST Form 101-7-TDR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 10-14888-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BRUSCATO, KATHERINE | Date Filed (f) or Converted (c): | 04/05/2010 (f) |
| For the Period Ending: | 5/14/2012 | §341(a) Meeting Date: | 05/11/2010 |
| | | Claims Bar Date: | 08/12/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 160 Concord Drive Melrose Park, IL 60160 | $224,000.00 | $0.00 | DA | $0.00 | FA |
| 2 | 1232 SW Avens Street Port St. Lucie, FL 34983 | $75,000.00 | $0.00 | DA | $0.00 | FA |
| 3 | Personal Savings and Checking Account: (estimate) | $120.00 | $0.00 | DA | $0.00 | FA |
| 4 | Used Household Goods and Furnishings | $500.00 | $0.00 | DA | $0.00 | FA |
| 5 | Used Personal Clothing | $500.00 | $0.00 | DA | $0.00 | FA |
| 6 | Estimated 401k Retirement | $2,000.00 | $0.00 | DA | $0.00 | FA |
| 7 | 1999 Mercury Mystique (miles 110,000) in fair condition (bad rust and transmission problems) | $2,100.00 | $0.00 | DA | $0.00 | FA |
| 8 | Tax Refund | $7,968.00 | $4,588.00 | DA | $8,108.05 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $1.67 | FA |

**TOTALS (Excluding unknown value)** **Gross Value of Remaining Assets**

$312,188.00   $4,588.00   $8,109.72   $0.00

**Major Activities affecting case closing:**
Prepare check to debtor for exempted portion of the tax refund
Review claims
TFR Sent to Tom for Review.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 05/01/2012 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 05/01/2012 | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 10-14888-JPC | |
| **Case Name:** | BRUSCATO, KATHERINE | |
| **Primary Taxpayer ID #:** | ******4313 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 4/5/2010 | |
| **For Period Ending:** | 5/14/2012 | |

| | | |
|---|---|---|
| **Trustee Name:** | David Leibowitz | |
| **Bank Name:** | Green Bank | |
| **Checking Acct #:** | ******8801 | |
| **Account Title:** | DDA | |
| **Blanket bond (per case limit):** | $5,000,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $4,729.72 | | $4,729.72 |
| 11/29/2011 | 5001 | David Leibowitz | Trustee Expenses | 2200-000 | | $67.10 | $4,662.62 |
| 11/29/2011 | 5002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,182.29 | $3,480.33 |
| 11/29/2011 | 5003 | Discover Bank | Claim #: 1; Amount Claimed: 7,029.76; Amount Allowed: 7,029.76; Distribution Dividend: 11.47; | 7100-900 | | $806.02 | $2,674.31 |
| 11/29/2011 | 5004 | Chase Bank USA,N.A. | Claim #: 2; Amount Claimed: 1,508.77; Amount Allowed: 1,508.77; Distribution Dividend: 11.47; | 7100-900 | | $172.99 | $2,501.32 |
| 11/29/2011 | 5005 | Chase Bank USA, N.A. | Claim #: 3; Amount Claimed: 10,154.47; Amount Allowed: 10,154.47; Distribution Dividend: 11.47; | 7100-900 | | $1,164.29 | $1,337.03 |
| 11/29/2011 | 5006 | Chase Bank USA, N.A. | Claim #: 4; Amount Claimed: 6,354.04; Amount Allowed: 6,354.04; Distribution Dividend: 11.47; | 7100-900 | | $728.54 | $608.49 |
| 11/29/2011 | 5007 | American Express Centurion Bank | Claim #: 5; Amount Claimed: 5,302.03; Amount Allowed: 5,302.03; Distribution Dividend: 11.47; | 7100-900 | | $607.92 | $0.57 |
| 04/12/2012 | 5008 | David P. Leibowitz | Expense to Trustee | 2200-000 | | $0.57 | $0.00 |
| | | | **TOTALS:** | | $4,729.72 | $4,729.72 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $4,729.72 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $4,729.72 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $4,729.72 | |

| **For the period of 4/5/2010 to 5/14/2012** | | **For the entire history of the account between 06/29/2011 to 5/14/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $4,729.72 | Total Internal/Transfer Receipts: | $4,729.72 |
| | | | |
| Total Compensable Disbursements: | $4,729.72 | Total Compensable Disbursements: | $4,729.72 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,729.72 | Total Comp/Non Comp Disbursements: | $4,729.72 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 2

Case 10-14888   Doc 29   Filed 07/16/12   Entered 07/16/12 09:32:13   Desc Main
Document   Page 7 of 8

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No. | 10-14888-JPC | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | BRUSCATO, KATHERINE | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******4313 | | Money Market Acct #: | ******4888 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/5/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/14/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/08/2010 | (8) | Katherine M. Bruscato | Turnover of tax refund | 1124-000 | $8,108.05 | | $8,108.05 |
| 10/11/2010 | 1001 | Katherine Bruscato | Exemption claimed - 2009 tax refund | 8100-002 | | $3,380.00 | $4,728.05 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.13 | | $4,728.18 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.19 | | $4,728.37 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.20 | | $4,728.57 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.20 | | $4,728.77 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.18 | | $4,728.95 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.20 | | $4,729.15 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.19 | | $4,729.34 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.20 | | $4,729.54 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.18 | | $4,729.72 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $4,729.72 | $0.00 |
| | | | **TOTALS:** | | $8,109.72 | $8,109.72 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $4,729.72 | |
| | | | **Subtotal** | | $8,109.72 | $3,380.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $3,380.00 | |
| | | | **Net** | | $8,109.72 | $0.00 | |

**For the period of 4/5/2010 to 5/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $8,109.72 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,109.72 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $3,380.00 |
| Total Comp/Non Comp Disbursements: | $3,380.00 |
| Total Internal/Transfer Disbursements: | $4,729.72 |

**For the entire history of the account between 10/08/2010 to 5/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $8,109.72 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,109.72 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $3,380.00 |
| Total Comp/Non Comp Disbursements: | $3,380.00 |
| Total Internal/Transfer Disbursements: | $4,729.72 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 10-14888-JPC |
| **Case Name:** | BRUSCATO, KATHERINE |
| **Primary Taxpayer ID #:** | ******4313 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 4/5/2010 |
| **For Period Ending:** | 5/14/2012 |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******4888 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $8,109.72 | $8,109.72 | $0.00 |

**For the period of 4/5/2010 to 5/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $8,109.72 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,109.72 |
| Total Internal/Transfer Receipts: | $4,729.72 |
| | |
| Total Compensable Disbursements: | $4,729.72 |
| Total Non-Compensable Disbursements: | $3,380.00 |
| Total Comp/Non Comp Disbursements: | $8,109.72 |
| Total Internal/Transfer Disbursements: | $4,729.72 |

**For the entire history of the case between 04/05/2010 to 5/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $8,109.72 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,109.72 |
| Total Internal/Transfer Receipts: | $4,729.72 |
| | |
| Total Compensable Disbursements: | $4,729.72 |
| Total Non-Compensable Disbursements: | $3,380.00 |
| Total Comp/Non Comp Disbursements: | $8,109.72 |
| Total Internal/Transfer Disbursements: | $4,729.72 |